UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,                              Civil No. 1:05-CV-810

    vs.                                   Hon. Gordon J. Quist

FIFTH THIRD BANK CHECKING
ACCOUNT NUMBER 7163292746,
WITH A BALANCE OF $2,725.14,

FIFTH THIRD BANK CHECKING
ACCOUNT NUMBER 7163706612,
WITH A BALANCE OF $19,587.56,

FIFTH THIRD BANK, MAX SAVER
MONEY MARKET CHECKING
ACCOUNT NUMBER 7163706364,
WITH A BALANCE OF $105,065.48,

       Defendants.
_____/

**FINAL ORDER OF FORFEITURE**

      The Court having before it the petition of the United States for the entry of a Final Order of Forfeiture, and being advised that publication has been duly made in this matter, and that due notice was given; and the Court being otherwise fully advised in the matter, it is hereby

ORDERED AND ADJUDGED

      1.      That judgment of forfeiture is hereby entered against the sum of $75,000.00 of the defendant bank accounts, and is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

      2.      That, pursuant to the terms of the Settlement Agreement filed on January 19,

2006, the United States Marshals Service will submit the sum of $52,378.18, made payable to Floyd Loupot, and mailed to Tat Parish, attorney for Mr. Loupot, 134 N. Main Street, Watervliet, MI 49098.

    3.    That the United States Marshals Service is hereby directed to dispose of the defendant $75,000.00 according to applicable law and regulations.

Dated: March 27, 2006

 Gordon J. Quist
GORDON J. QUIST
United States District Judge
Western District of Michigan